

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Edwin Antonio Osorio-Lopez, Appellant

No. 06-18-00197-CR        v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 17914). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's competency determination. We abate and remand to the trial court for a new retrospective competency hearing. The trial court is instructed to appoint counsel to represent Osorio-Lopez at the hearing who will not be a potential witness at that hearing.

We note that the appellant, Edwin Antonio Osorio-Lopez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 23, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk